Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

Houston Division

United States Courts
Southern District of Texas
FILED

JUN 0 4 2026

Nathan Ochsner, Clerk of Court

|  |  |
|---|---|
| Tiffany Nicole Dixon | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| Harris County, Texas | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tiffany Nicole Dixon |
| Street Address | 12313 Winebrook Drive |
| City and County | Pearland, Brazoria County |
| State and Zip Code | Texas, 77584 |
| Telephone Number | (281) 450-4674 |
| E-mail Address | Tdixon2313@yahoo.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Harris County, Texas |
| Job or Title *(if known)* | |
| Street Address | 1001 Preston Street, Suite 500 |
| City and County | Houston, Harris County |
| State and Zip Code | Texas, 77002 |
| Telephone Number | (713) 274-1222 |
| E-mail Address *(if known)* | CountyAdminstration@HarrisCountyTX.gov |

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

E-mail Address *(if known)* _____

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Harris County District Attorney's Office |
| Street Address | 1201 Franklin Street, Suite 600 |
| City and County | Houston, Harris County |
| State and Zip Code | Texas, 77002 |
| Telephone Number | (713) 274-5800 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

☐ Relevant state law *(specify, if known)*:

_____

☐ Relevant city or county law *(specify, if known)*:

_____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

    *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

October 2023 through August 16, 2024, including administrative leave on August 5, 2024

C.    I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race            Black (Non-Hispanic)
- ☐ color           _____
- ☐ gender/sex      _____
- ☐ religion        _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*

    (1) Chronic lumbar spine and sacroiliac joint conditions, (2) vascular hemangioma in right calf, (3) hypertrophied tendon in left foot

E.    The facts of my case are as follows. Attach additional pages if needed.

Claim 1 – Race Discrimination

Plaintiff is a Black female who was employed as a paralegal in the Harris County District Attorney's Office Asset Forfeiture Division. Beginning in or about October 2023, Plaintiff was subjected to unequal treatment, heightened scrutiny, and a hostile work environment. Plaintiff reported concerns regarding discriminatory treatment and workplace conduct. On August 5, 2024, Plaintiff was placed on administrative leave and, on August 16, 2024, Defendant terminated Plaintiff's employment. Plaintiff believes that her race was a motivating factor in Defendant's actions.

Claim 2 – Disability Discrimination and Failure to Accommodate

During her employment, Plaintiff suffered from chronic lumbar spine and sacroiliac joint conditions, a symptomatic vascular hemangioma of the right calf, and a hypertrophied tendon condition affecting the left foot, which substantially impacted mobility and required ongoing medical treatment, physical therapy, injections, specialist care, and workplace accommodation.

Defendant was aware of Plaintiff's medical conditions and need for accommodation. Plaintiff disclosed her medical conditions and requested accommodation during a meeting with management before being placed on administrative leave. Plaintiff requested accommodations related to her medical conditions. Rather than engaging in a reasonable accommodation process, Defendant subjected Plaintiff to adverse employment actions, including administrative leave and termination. Plaintiff believes Defendant discriminated against her because of her disability and failed to provide reasonable accommodations as required by law.

Shortly after Plaintiff requested approximately two weeks of leave for a scheduled back procedure related to her disabling medical conditions, Plaintiff was placed on administrative leave. Plaintiff was subsequently terminated before the procedure could take place, and the termination resulted in the loss of her employer-provided health insurance coverage.

Claim 3 – Retaliation

Plaintiff engaged in protected activity by reporting discrimination, opposing discriminatory conduct, and requesting accommodations for her disabilities. After engaging in these protected activities, Plaintiff was subjected to increased scrutiny, adverse treatment, administrative leave in a period leading up to and on August 5, 2024, and termination on August 16, 2024. Defendant asserted performance-related reasons for these actions, but Plaintiff believes those reasons were false and pretextual. Plaintiff believes Defendant retaliated against her because she engaged in protected activity.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.        It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

August 30, 2024 and amended on February 12, 2025

B.        The Equal Employment Opportunity Commission *(check one)*:

☐        has not issued a Notice of Right to Sue letter.

☒        issued a Notice of Right to Sue letter, which I received on *(date)*      March 5, 2026      .

          *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.        Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐        60 days or more have elapsed.

☐        less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Plaintiff requests the following relief:

1. Back pay, including lost wages, lost benefits, and other employment-related compensation lost as a result of Defendant's actions;

2. Front pay and other equitable relief as determined by the Court or jury;

3. Compensation for emotional distress, pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life;

4. Compensatory damages in an amount to be determined at trial;

5. Punitive damages in an amount permitted by law;

6. Pre-judgment and post-judgment interest as allowed by law;

7. Costs of court and any other relief to which Plaintiff may be entitled; and

8. Trial by jury on all issues so triable.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   6/4/26

Signature of Plaintiff

Printed Name of Plaintiff   TIFFANY NICOLE DIXON

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____