**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

JUN 2 4 2026

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON**<br>Plaintiff, | § § § | |
| **-v-** | § | **Civil Action No. 4:26-cv-04418** |
| **HARRIS COUNTY, TEXAS**<br>Defendant. | § § § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE DISTRICT COURT JUDGE:

NOW COMES, TIFFANY NICOLE DIXON, Plaintiff *pro se*, in the above-captioned civil action now pending before the Court, respectfully files her Plaintiff's Certificate of Interested Parties. The following are believed to have an interest in the outcome of this lawsuit:

1. Harris County, Texas, 1001 Preston Street, Suite 500, Houston, Texas 77002; and
2. Any liability insurer, bonding company, or other entity, if any, currently financially interested in the outcome of this litigation, whose identity is not known to the Plaintiff at this time.

Respectfully submitted,

Tiffany Nicole Dixon
Plaintiff Pro Se
12313 Winebrook Drive
Pearland, Texas 77584
Telephone: (281) 450-4674
Telephone: (251) 391-7985
Tdixon2313@yahoo.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON** | § | |
| Plaintiff, | § | |
| | § | |
| -v- | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| Defendant. | § | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Certificate of Interested Parties was sent to Defendant, **HARRIS COUNTY, TEXAS**, c/o Harris County Judge Lina Hidalgo, 1001 Preston Street, Suite 911, Houston, Texas 77002, via certified mail return receipt requested (7019 0700 0001 5960 2643) on the **24th** day of **June**, 2026.

Respectfully submitted,

Tiffany Nicole Dixon
Plaintiff Pro Se
12313 Winebrook Drive
Pearland, Texas 77584
Telephone: (281) 450-4674
Telephone: (251) 391-7985
Tdixon2313@yahoo.com