4:26-CV-04418

United States Courts
Southern District of Texas
FILED
JUL 01 2026
Nathan Ochsner, Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Judge Lina Hidalgo
was received by me on *(date)* 6-9-26.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kathryn M. Kase (counsel) , who is designated by law to accept service of process on behalf of *(name of organization)* Harris County, Texas on *(date)* 6-24-26 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-26-26

Mark Whitmore
*Server's signature*

Mark Whitmore
*Printed name and title*

#1314
EXP 8-31-26

*Server's address*

Additional information regarding attempted service, etc:

Houston Court Processors
957 NASA Parkway #116
Houston, TX 77058