**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS,** | § | |
| *Defendant.* | § | |
| | § | |

**DEFENDANT HARRIS COUNTY'S**
**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to the Court's Order of June 5, 2026 [Doc. 3], Defendant Harris County files its

Certificate of Interested Parties identifying all persons and entities known to it that are financially

interested in the outcome of this litigation:

1.    Tiffany Nicole Dixon, Plaintiff-PRO SE
c/o Tiffany Nicole Dixon
12313 Winebrook Drive
Pearland, Texas 77584

2.    Harris County, Defendant
c/o Radha Thiagarajan, Sr. Assistant County Attorney
Amber Morrison, Assistant County Attorney
1010 Lamar St., 11th Floor
Houston, Texas 77002

If any new persons are added or if additional persons or entities that are financially

interested in the outcome of this litigation are identified at any time during the pendency of this

litigation, Defendant will file an amended certificate with the Clerk.

Date: July 7, 2026

By:    */s/Radha Thiagarajan*
      **RADHA THIAGARAJAN**
      Senior Assistant County Attorney
      State Bar No. 00784154
      Federal Bar No. 20217
      Radha.Thiagarajan@harriscountytx.gov
      **AMBER MORRISON**
      Assistant County Attorney
      State Bar No. 24106344
      Federal Bar No. 3838165
      Amber.Morrison@harriscountytx.gov

      **OFFICE OF THE HARRIS COUNTY ATTORNEY**
      1010 Lamar, 11TH Floor
      Houston, Texas 77002
      Tel: (713) 274-5155 (direct)

      **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on July 7, 2026, a copy of the foregoing document was served upon Plaintiff. I certify this document was also served on all parties and counsel of record via the ECF filing system pursuant to the Local Rules and Federal Rules of Civil Procedure.

Tiffany Nicole Dixon
12313 Winebrook Drive
Pearland, Texas 77584
Tdixon2313@yahoo.com
**PRO SE PLAINTIFF**

      */s/ Radha Thiagarajan*
      RADHA THIAGARAJAN

*Defendant's Certificate of Interested Parties*
*Page 2*