## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS,** | § | |
| *Defendants.* | § | |
| | § | |

## DEFENDANT HARRIS COUNTY'S NOTICE OF
## APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Amber Morrison hereby enters her appearance of record as additional counsel for Defendant Harris County. Radha Thiagarajan will remain as Lead Counsel in this case.

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, please direct and serve all further notices and copies of pleadings, papers, and other material relevant to this action to:

**AMBER MORRISON**
Assistant County Attorney
Texas State Bar No. 24149852
Federal Bar No. 3941525
1010 Lamar, 11th Floor
Houston, Texas 77002
Telephone: (713) 274-5134
Amber.Morrison@harriscountytx.gov

Date: July 14, 2026

By:   */s/Radha Thiagarajan*
      **RADHA THIAGARAJAN**
      Senior Assistant County Attorney
      State Bar No. 00784154
      Federal Bar No. 20217
      Radha.Thiagarajan@harriscountytx.gov
      **AMBER MORRISON**
      Assistant County Attorney
      Attorney-In-Charge
      State Bar No. 24106344
      Federal Bar No. 3838165
      Tel: (713) 274-5134
      Amber.Morrison@harriscountytx.gov

      **OFFICE OF THE HARRIS COUNTY ATTORNEY**
      1010 Lamar
      11TH Floor
      Houston, Texas 77002
      Tel: (713) 274-5155

      **ATTORNEYS FOR DEFENDANT**

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on July 14, 2026, a copy of the foregoing document was served upon each party to this cause in accordance with  the Local Rules and Federal Rules of Civil Procedure.

Tiffany Nicole Dixon
12313 Winebrook Drive
Pearland, Texas 77584
Tdixon2313@yahoo.com
**PLAINTIFF-PRO SE**

            */s/ Radha Thiagarajan*
            RADHA THIAGARAJAN

2