# UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **Civil Action No.: 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| | § | |
| *Defendant* | § | |

### ORDER GRANTING DEFENDANT HARRIS COUNTY'S
### MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Before the Court is Defendant Harris County's Motion to Dismiss for Failure to State a Claim.

Having considered the motion, response, and arguments of counsel, if any, the Court determines that the motion should in all things be GRANTED and all claims against Defendant Harris County should be DISMISSED with prejudice.

IT IS SO ORDERED.

Date:

_____
HON. JUDGE SIM LAKE
UNITED STATES DISTRICT JUDGE