United States District Court
Southern District of Texas
**ENTERED**
July 20, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Tiffany Nicole Dixon, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. H-26-4418 |
| Harris County, Texas, | § | |
| | § | |
| Defendant. | § | |

## O R D E R

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act, this case is **REFERRED** to **United States Magistrate Judge Peter Bray**.

All parties are **ORDERED** to advise the court within 20 days of the entry of this Order whether they will consent to the jurisdiction of **Magistrate Judge Peter Bray** for all purposes in this case pursuant to 28 U.S.C. § 636(c). For the convenience of the parties the clerk is **ORDERED** to forward to plaintiff and defendant a "Consent to Proceed Before **United States Magistrate Judge Peter Bray**" form with each party's copy of this Order.

Accordingly, the Initial Pretrial and Scheduling Conference set on September 25, 2026 at 3:00pm is **CANCELED**.

**SIGNED** at Houston, Texas, on this the 20th day of July, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE