**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Tiffany Nicole Dixon

v.                                              Case Number: 4:26−cv−04418

Harris County, Texas

---

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN
SCHEDULED AS SET FORTH BELOW.**

Initial Conference set for 10/29/2026 at 10:15 AM before Magistrate Judge Peter Bray, by
video.

Date: July 22, 2026

Nathan Ochsner, Clerk
by A. Banda , Deputy Clerk