United States Magistrate Judge Peter Bray is inviting you to a scheduled ZoomGov meeting.

Topic: Zoom Court Hearings

Time: This is a recurring meeting Meet anytime

Join ZoomGov Meeting
https://www.zoomgov.com/j/1612977356?pwd=aWw7AEGA5aRdjxXwe6KafNRifzZewc.1
Meeting ID: 161 297 7356
Passcode: 327375
---
One tap mobile
+16692545252,,1612977356#,,,,*327375# US (San Jose)
+16468287666,,1612977356#,,,,*327375# US (New York)
---
Dial by your location
· +1 669 254 5252 US (San Jose)
· +1 646 828 7666 US (New York)
· +1 646 964 1167 US (US Spanish Line)
· +1 551 285 1373 US (New Jersey)
· +1 669 216 1590 US (San Jose)
· +1 415 449 4000 US (US Spanish Line)
Meeting ID: 161 297 7356
Passcode: 327375
Find your local number: https://www.zoomgov.com/u/a1XvV5Hrv
---
Join by SIP
· 1612977356@sip.zoomgov.com
---
Join by H.323
· 166.108.98.42 (US West)
· 166.108.66.42 (US East)
Meeting ID: 161 297 7356
Passcode: 327375