**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS,** | § | |
| *Defendants.* | § | |

**DEFENDANT HARRIS COUNTY'S AMENDED NOTICE OF**
**APPEARANCE OF ADDITIONAL COUNSEL AND DESIGNATION OF**
**ATTORNEY IN CHARGE**

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Amber Morrison hereby enters this Amended Notice of Appearance as counsel for Defendant Harris County for the purpose of correcting undersigned counsel's state and federal bar number previously submitted to the Court and designating her as lead counsel.

1. On July 14, 2026, undersigned counsel filed a Notice of Appearance indicating an incorrect State Bar Number of 21149852 and incorrect Federal Bar Number of 3941525.

2. Counsel's correct State Bar Number is 24106344 and correct Federal Bar Number is 3838165.

Defendant Harris County hereby designates Amber Morrison as Attorney-in-Charge in place of Radha Thiagarjan.  Attorney Radha Thiagarajan will remain as an attorney to be noticed in this case.

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, please direct and serve all further notices and copies of pleadings, papers, and other material relevant to this action to:

**AMBER MORRISON**
Assistant County Attorney
Attorney-In-Charge
Texas State Bar No. 24106344
Federal Bar No. 3838165
1010 Lamar
11th Floor
Houston, Texas 77002
Telephone: (713) 274-5134
Amber.Morrison@harriscountytx.gov


Date: July 29, 2026


By:    */s/Amber Morrison*
        **AMBER MORRISON**
        Assistant County Attorney
        Attorney-In-Charge
        State Bar No. 24106344
        Federal Bar No. 3838165
        Amber.Morrison@harriscountytx.gov
        **RADHA THIAGARAJAN**
        Senior Assistant County Attorney
        State Bar No. 00784154
        Federal Bar No. 20217
        Radha.Thiagarajan@harriscountytx.gov

        **OFFICE OF THE HARRIS COUNTY ATTORNEY**

1010 Lamar
11TH Floor
Houston, Texas 77002
Tel: (713) 274-5134 (direct)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that on July 29, 2026, a copy of the foregoing document was served upon each party to this cause in accordance with the Local Rules and Federal Rules of Civil Procedure.

Tiffany Nicole Dixon
12313 Winebrook Drive
Pearland, Texas 77584
Tdixon2313@yahoo.com
**PLAINTIFF-PRO SE**

*/s/ Amber Morrison*
AMBER MORRISON

3