UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

AUG 04 2026

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| TIFFANY NICOLE DIXON | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. 4:26-cv-04418 |
| | § | |
| HARRIS COUNTY, TEXAS | § | |
| Defendant. | § | |

## PLAINTIFF'S NOTICE OF NON-CONSENT TO MAGISTRATE JUDGE

NOW COMES, Plaintiff, TIFFANY NICOLE DIXON, appearing *pro se*, and, in response to the Court's Order entered on July 20, 2026, respectfully files this Notice Regarding Consent to Proceed Before United States Magistrate Judge Peter Bray pursuant to 28 U.S.C. § 636(c), and for such Notice would respectfully show the Court as follows:

Plaintiff respectfully advises the Court that she declines to consent to proceeding before United States Magistrate Judge Peter Bray for all purposes pursuant to 28 U.S.C. § 636(c).

Respectfully submitted,

Tiffany Nicole Dixon
Plaintiff Pro Se
12313 Winebrook Drive
Pearland, Texas 77584
Telephone: (281) 450-4674
Telephone: (737) 382-0187
Tdixon2313@yahoo.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON** | § | |
| Plaintiff, | § | |
| | § | |
| -v- | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| Defendant. | § | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice of Non-Consent to Magistrate Judge was served upon Defendant, **HARRIS COUNTY, TEXAS**, through its counsel of record:

**Radha Thiagarajan**
Senior Assistant County Attorney

**Amber Morrison**
Assistant County Attorney

Office of the Harris County Attorney
1010 Lamar, 11th Floor
Houston, Texas 77002

via United States Certified Mail, Return Receipt Requested (USPS Tracking No. 9589 0710 5270 3826 9636 17) and by United States First-Class Mail, on this **4**[th] day of **August**, 2026.

Respectfully submitted,

Tiffany Nicole Dixon
Plaintiff Pro Se
12313 Winebrook Drive
Pearland, Texas 77584
Telephone: (281) 450-4674
Telephone: (737) 382-0187
Tdixon2313@yahoo.com