## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON** | § | |
| Plaintiff, | § | |
| | § | |
| -v- | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| Defendant. | § | |

### PROPOSED ORDER DENYING DEFENDANT'S MOTION TO DISMISS

On this date, the Court considered Defendant Harris County's Motion to Dismiss,

Plaintiff's Response in opposition, the pleadings on file, and the applicable law.

Having considered the Motion, the Response, the record, and the applicable authorities,

the Court finds that Defendant's Motion should be **DENIED**.

IT IS THEREFORE ORDERED that Defendant Harris County's Motion to Dismiss is

**DENIED**.

IT IS FURTHER ORDERED that this action shall proceed in the ordinary course.

SIGNED the _____ day of _____, 2026, in Houston, Harris County, Texas.


_____
THE HONORABLE JUDGE SIM LAKE
UNITED STATES DISTRICT JUDGE