United States Courts
Southern District of Texas
F I L E D

AUG 0 4 2026

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON** | § | |
| Plaintiff, | § | |
| | § | |
| -v- | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| Defendant. | § | |

## PLAINTIFF'S MOTION FOR PERMISSION TO USE ELECTRONIC FILING

TO THE HONORABLE DISTRICT COURT JUDGE:

NOW COMES, TIFFANY NICOLE DIXON, Plaintiff *pro se*, in the above-captioned civil action now pending before the Court, respectfully moves the Court for permission to file and receive documents electronically through the Court's Case Management/Electronic Case File (CM/ECF) system, and states as follows:

1. Plaintiff is proceeding without counsel and is representing herself *pro se* in this matter and is not admitted to practice before this Court.

2. Plaintiff understands that, under the Court's policies, *pro se* parties may be granted permission to use electronic filing in a specific case only upon order of the presiding judge.

3. Plaintiff has regular access to a computer, a reliable internet connection, and a valid email address, and is able to create, convert, and submit documents in PDF format as required by the CM/ECF system.

4. Plaintiff agrees to comply with all applicable Federal Rules of Civil Procedure, the Local Rules of the Southern District of Texas, and any CM/ECF administrative procedures or standing orders that govern electronic filing and service.

5. Plaintiff understands that:

(a) registration for CM/ECF access is personal to the registrant and must not be shared;

(b) electronic filing will constitute service of documents under the Federal Rules and Local Rules, except where personal service is required; and

(c) Plaintiff must regularly monitor the CM/ECF docket and the email address on file for notices of electronic filing.

6. Allowing Plaintiff to use electronic filing will promote efficiency for the Court and the parties, reduce delays associated with mail, and help ensure that Plaintiff can respond promptly to orders and filings in this case.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order:

1. Granting Plaintiff permission to register for and use CM/ECF electronic filing in this case as a *pro se* litigant; and

2. Directing that, upon entry of such order, Plaintiff may complete the PACER "Non-Attorney E-File Registration" (or other required registration) and thereafter file and receive documents electronically in this action.

Respectfully submitted,

Tiffany Nicole Dixon
Plaintiff Pro Se
12313 Winebrook Drive
Pearland, Texas 77584
Telephone: (281) 450-4674
Telephone: (737) 382-0187
Tdixon2313@yahoo.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON**<br>Plaintiff, | §<br>§<br>§ | |
| -v- | §<br>§ | **Civil Action No. 4:26-cv-04418** |
| **HARRIS COUNTY, TEXAS**<br>Defendant. | §<br>§<br>§ | |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for

Permission to Use Electronic Filing was served upon Defendant, **HARRIS COUNTY, TEXAS**,

through its counsel of record:

**Radha Thiagarajan**
Senior Assistant County Attorney

**Amber Morrison**
Assistant County Attorney

Office of the Harris County Attorney
1010 Lamar, 11th Floor
Houston, Texas 77002

via United States Certified Mail, Return Receipt Requested (USPS Tracking No. 9589 0710

5270 3826 9636 17) and by United States First-Class Mail, on this **4**th day of **August**, 2026.

Respectfully submitted,

Tiffany Nicole Dixon
Plaintiff Pro Se
12313 Winebrook Drive
Pearland, Texas 77584
Telephone: (281) 450-4674
Telephone: (737) 382-0187
Tdixon2313@yahoo.com