**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON** | § | |
| Plaintiff, | § | |
| | § | |
| **-v-** | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| Defendant. | § | |

## ORDER ON PLAINTIFF'S MOTION FOR PERMISSION TO USE ELECTRONIC FILING

On this date, the Court considered Plaintiff *pro se*, Tiffany Nicole Dixon's, Motion for Permission to Use Electronic Filing.  Having considered the motion, the responses, if any, and the applicable law, the Court hereby finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff, Tiffany Nicole Dixon, is granted permission to register for and use the Court's Case Management/Electronic Case Filing ("CM/ECF") system as a pro se litigant in this action.

IT IS FURTHER ORDERED that, upon completion of any registration requirements established by the Clerk of Court, Plaintiff may electronically file documents and receive electronic notices of filing in this case in accordance with the Federal Rules of Civil Procedure, the Local Rules of the Southern District of Texas, and the Court's CM/ECF Administrative Procedures.

SIGNED the _____ day of _____, 2026, in Houston, Harris County, Texas.


_____
THE HONORABLE JUDGE SIM LAKE
UNITED STATES DISTRICT JUDGE