United States District Court
Southern District of Texas
**ENTERED**
August 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Tiffany Nicole Dixon, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action H-26-4418 |
| | § | |
| Harris County, Texas, | § | |
| *Defendant.* | § | |

**ORDER GRANTING PRO SE LITIGANT**
**ELECTRONIC FILING ACCESS**

Plaintiff, who is proceeding pro se in this case, has moved for permission to use the court's electronic filing system to file documents in this case. ECF No. 15. It is **ORDERED** that the motion is **GRANTED** with permission terminating at the end of this case. Plaintiff must complete any required registration necessary to obtain electronic filing privileges as a non-attorney filer on PACER, located at: https://pacer.uscourts.gov/register-account/non-attorney-filers-cmecf.

Once registered, the Clerk will provide Plaintiff access to the CM/ECF system for the purpose of filing pleadings in this case ONLY. Plaintiff WILL NOT have the ability to file documents in any other case other than the above-styled case and WILL NOT have the ability to file a new case using the CM/ECF system. Plaintiff is hereby notified that upon being registered to receive electronic notices, the Clerk will no longer mail hard copies of docket entries to Plaintiff. It is Plaintiff's responsibility to monitor the email address registered with the Clerk and to monitor the docket in order to stay informed of all case activity.

Plaintiff is cautioned that the court may revoke the privilege to use the electronic filing system at any time. By accepting this privilege, Plaintiff agrees to the following conditions:

1. Plaintiff will maintain familiarity with the technical and procedural requirements as they are adopted by the court;

2. Use of Plaintiff's login and password constitutes their signature on documents filed electronically for purposes of the Federal Rules of Civil Procedure;

3. Plaintiff is responsible for all use of their login and password, whether authorized or not; and

4. By registering, Plaintiff consents to electronic service of documents and notices through the court's Electronic Case Filing System and waives service by other means.

Plaintiff may electronically file all documents in this case, subject to revocation by the court, should the Plaintiff misfile documents, use improper ECF event codes, or for other reasons that the court finds sufficient for revocation.

Signed at Houston, Texas, on August 6, 2026.

_____
Peter Bray
United States Magistrate Judge