**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON** | § | |
| Plaintiff, | § | |
| | § | |
| **V.** | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| Defendant. | § | |

## PLAINTIFF'S NOTICE OF FILING COLOR COPIES OF EXHIBITS TO DOCUMENT 18

Plaintiff Tiffany Nicole Dixon respectfully files this Notice to provide color and legible copies of the exhibits to Plaintiff's Motion for Leave to Conduct Limited Expedited Discovery Regarding Preservation of Evidence, Witness Communications, and Potential Spoliation. See Doc. 18.

Plaintiff originally filed the Motion package in person with color exhibits. The docketed scan appears in black and white or grayscale, and several exhibits are less readable in the docketed scan. Plaintiff files the attached copies of Exhibits A through E for readability only. The attached copies are the same exhibits identified in Document 18. Plaintiff does not amend the Motion, Declaration, Proposed Order, or the substance of the exhibits. These copies are filed so the Court can review Defendant's counsel's red-text clarifications in the meet-and-confer emails and the text-message screenshots as originally submitted. Plaintiff emailed Defendant's counsel a courtesy copy of the color Motion package, including the exhibits, on September 8, 2026.

Respectfully submitted,

Tiffany Nicole Dixon
Plaintiff Pro Se
12313 Winebrook Drive
Pearland, Texas 77584
Telephone: (281) 450-4674
Telephone: (737) 382-0187
Tdixon2313@yahoo.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON** | § | |
| Plaintiff, | § | |
| | § | |
| **-v-** | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| Defendant. | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2026, a true and correct copy of the foregoing Plaintiff's Notice of Filing Color Copies of Exhibits to Document 18 was served on counsel of record for Defendant Harris County, Texas, through the Court's CM/ECF system, which will send notification to:

**Amber Morrison**
Amber.Morrison@harriscountytx.gov

**Radha Thiagarajan**
Radha.Thiagarajan@harriscountytx.gov

Respectfully submitted,

Tiffany Nicole Dixon
Plaintiff Pro Se
12313 Winebrook Drive
Pearland, Texas 77584
Telephone: (281) 450-4674
Telephone: (737) 382-0187
Tdixon2313@yahoo.com