EXHIBIT
A-1

**Tiffany Nicole Dixon**
12313 Winebrook Drive
Pearland, Texas 77584
Telephone: (281) 450-4674
Telephone: (737) 382-0187
E-mail: Tdixon2313@yahoo.com

August 11, 2026

*Via electronic mail, First-Class Mail, and Certified Mail*

**Amber Morrison**
Assistant County Attorney
amber.morrison@harriscountytx.gov

**Radha Thiagarajan**
Senior Assistant County Attorney
radha.thiagarajan@harriscountytx.gov

Office of the Harris County Attorney
1010 Lamar Street, 11th Floor
Houston, Texas 77002

RE: Litigation Hold / Preservation Demand – Tiffany Nicole Dixon v. Harris County, Texas, Civil Action No. 4:26-cv-04418

Dear Ms. Morrison and Ms. Thiagarajan:

Please treat this correspondence as a formal litigation preservation demand, including for purposes of Fed. R. Civ. P. 37(e). Harris County, including the Harris County District Attorney's Office, the Harris County Attorney's Office, and all relevant departments, divisions, offices, employees, former employees, officials, agents, representatives, attorneys, contractors, custodians, and information-technology personnel, is hereby placed on formal notice of its obligation to preserve all documents, electronically stored information ("ESI"), communications, metadata, and other evidence that may be relevant to the claims, defenses, allegations, witnesses, custodians, and issues in this action.

This preservation demand includes, but is not limited to, the following:

**Key Custodians**

Please ensure that a litigation hold is issued to, and that all relevant documents, ESI, metadata, and communications are preserved by and from, at least the following individuals and categories of custodians, along with any other persons who may possess discoverable information:

- Former District Attorney Kim Ogg and members of her administration or administrative staff who may possess information concerning Plaintiff's employment, complaints, administrative leave, termination, EEOC Charge, Amended EEOC Charge, preservation issues, or related matters;
- Current District Attorney Sean Teare and members of his administration or administrative staff to the extent they possess, received, sent, directed, discussed, maintained, or controlled communications, records, instructions, or ESI concerning Plaintiff, this lawsuit, Plaintiff's EEOC proceedings, relevant witnesses, preservation obligations, or witness communications;
- Vivian King, former First Assistant / Chief of Staff;
- Denise Oncken, former Executive Bureau Chief;
- Elizabeth Stevens, former Human Resources Director;
- Angela Beavers, former Asset Forfeiture Division Chief;
- Michael Butera, Asset Forfeiture Division Chief;
- Any individuals involved in the decision to place Plaintiff on administrative leave or terminate her employment;
- Any individuals who participated in, were present at, or were informed about the September 19, 2024 preservation-related meeting or any related preservation directive;
- Any individuals who discussed, observed, reported, or participated in the deletion, alteration, movement, destruction, archiving, purging, or preservation of documents or ESI after notice of Plaintiff's EEOC Charge;
- Any individuals who have communicated with potential witnesses, current employees, former employees, or custodians about Plaintiff, Plaintiff's claims, this lawsuit, the EEOC proceedings, whether witnesses may communicate with Plaintiff, or whether contact from Plaintiff should be reported, avoided, declined, or referred to counsel;
- IT, records-management, HR, and administrative personnel responsible for email accounts, Teams accounts, shared drives, OneDrive/cloud storage, personnel records, archived mailboxes, account closures, device returns, backup systems, audit logs, deletion logs, access logs, or litigation-hold implementation; and
- Any additional current or former supervisors, managers, attorneys, paralegals, administrative staff, human resources personnel, IT personnel, records-management personnel, Asset Forfeiture Division personnel, or other custodians who may possess, control, maintain, access, retrieve, restore, delete, archive, or have knowledge of potentially relevant documents, ESI, metadata, communications, records, preservation issues, witness communications, or allegations described in Plaintiff's EEOC Charge, Amended EEOC Charge, rebuttal, witness statements, pleadings, disclosures, unemployment materials, or related records.

**This demand is not limited to the individuals specifically named above.** It applies to any current or former employee, official, agent, representative, attorney, contractor, IT personnel, records-management personnel, custodian, or third party, whether employed by or affiliated with Harris County, the Harris County District Attorney's Office, Harris County Attorney's Office, or any other Harris

County department, office, division, agency, or entity, who may possess, control, maintain, access, retrieve, restore, delete, archive, or have knowledge of potentially relevant documents, ESI, metadata, communications, records, or witness-related information.

Further, the custodian descriptions and categories above are intended to help identify categories of information of particular concern and should not be construed to limit any custodian's broader obligation to preserve all potentially relevant documents, ESI, metadata, communications, and records.

**Categories of Information to Be Preserved**

1. All documents, communications, and ESI concerning Tiffany Nicole Dixon's employment, job duties, workload, complaints, requests for accommodation, medical leave request, administrative leave, termination, and related events from January 2019 to the present, including emails, text messages, Microsoft Teams messages, personnel files, performance evaluations, disciplinary records, internal memoranda, notes, meeting records, calendar entries, HR records, and investigation materials.
2. All documents and ESI related to EEOC Charge No. 460-2024-08085, including the original Charge, the Amended Charge, Defendant's Position Statement(s), Plaintiff's Personal Statement/rebuttal, witness statements, exhibits, and internal investigation materials.
3. All documents and ESI concerning post-Charge or post-lawsuit conduct, including:
    - The September 19, 2024 meeting in the Asset Forfeiture Division and any related preservation directive;
    - Any reassignment, redistribution, review, audit, deletion, transfer, or handling of Plaintiff's former caseload, paralegal assignments, files, records, documents, emails, folders, or work product;
    - Any communications, instructions, directions, warnings, expectations, or discussions concerning whether current employees, former employees, potential witnesses, or custodians may speak with Plaintiff, communicate with Plaintiff, cooperate with Plaintiff, provide information to Plaintiff, avoid contact with Plaintiff, report contact from Plaintiff, refer Plaintiff to counsel, or decline to communicate with Plaintiff concerning matters relevant to this litigation;
    - Any communications, instructions, directions, warnings, expectations, or discussions concerning Plaintiff's EEOC Charge, Amended EEOC Charge, this lawsuit, Plaintiff's claims, Plaintiff's witnesses, witness statements, potential witnesses, or any person believed to have supported, assisted, communicated with, or provided information to Plaintiff;
    - Any discussions or actions related to the deletion, alteration, movement, transfer, archiving, purging, overwriting, concealment, or destruction of documents or ESI after notice of Plaintiff's EEOC Charge, Amended EEOC Charge, administrative complaints, or this lawsuit; and

- Any litigation hold, preservation directive, instruction not to delete, instruction to preserve, or communication concerning preservation of documents, ESI, metadata, witness communications, or records relating to Plaintiff or this litigation.

4. All relevant ESI metadata, system records, and technical preservation data, including access logs, deletion logs, audit logs, mailbox activity logs, retention-policy records, backup records, restore logs, and records showing when relevant data was created, modified, accessed, copied, transferred, deleted, restored, archived, overwritten, or otherwise changed.
5. This demand also includes all ordinary business records, communications, and ESI that may be relevant to the claims or defenses in this action, even if they were created in the normal course of business.

Harris County must immediately suspend any routine destruction, automatic deletion, email purge, chat-message deletion, device wiping, backup rotation, retention schedule, account closure, mailbox deletion, or other process that could result in the loss, alteration, deletion, overwriting, or unavailability of potentially relevant information. Harris County must also instruct all relevant custodians not to delete, destroy, alter, overwrite, purge, move, conceal, or dispose of such materials.

Please confirm in writing within seven (7) days that an appropriate litigation hold has been issued, that routine destruction or deletion of potentially relevant information has been suspended, and that the categories of information described above are being preserved.

Plaintiff is simultaneously preserving all relevant documents and ESI in her possession, custody, or control, including the complete, unedited contemporaneous audio recording of her March 5, 2026 telephone conversation with EEOC Investigator Samantha Salazar.

Nothing in this letter limits the scope of discovery Plaintiff may seek. Plaintiff reserves all rights to seek expedited discovery, limited preservation discovery, sanctions, adverse inferences, evidentiary relief, or other appropriate relief if relevant evidence is lost, deleted, altered, destroyed, overwritten, concealed, withheld, or otherwise made unavailable.

Best regards,

Tiffany Nicole Dixon
Plaintiff *Pro Se*

EXHIBIT
A-2

From: Tiffany Dixon (tdixon2313@yahoo.com)

To: amber.morrison@harriscountytx.gov; radha.thiagarajan@harriscountytx.gov; tina.drewke@harriscountytx.gov; jacqueline.navarro@harriscountytx.gov

Date: Tuesday, August 11, 2026 at 07:30 PM CDT

Dear Ms. Morrison and Ms. Thiagarajan,

Please see the attached formal Litigation Hold / Preservation Demand in the above-referenced matter.

Kindly confirm receipt of this email and the attached letter. Thank you for your attention to this matter.

Best regards,

Tiffany Nicole Dixon
Plaintiff Pro Se
Tdixon2313@yahoo.com
(281) 450-4674

Plaintiff's Litigation Hold-Preservation Demand Letter to Defendant (signed).pdf
59.9

EXHIBIT
A-3

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HARRIS COUNTY ATTORNEY'S OFFICE
C/O AMBER MORRISON
1010 LAMAR STREET, 11TH FLOOR
HOUSTON, TEXAS 77002

9590 9402 0147 6110 6558 86

2. Article Number *(Transfer from service label)*

9589 0710 5270 3826 9635 94

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Received
AUG 17 2026
Harris County Attorney

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
…ail
…ail Restricted Delivery
…0)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

HOUSTON TX RPDC 773
18 AUG 2026 AM 3 L

9590 9402 0147 6110 6558 86

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

TIFFANY DIXON
12313 WINEBROOK DRIVE
PEARLAND, TEXAS 77584

LITIGATION HOLD / PRESERVATION DEMAND

EXHIBIT
A-4

9589 0710 5270 3826 9635 94

U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Houston, TX 77002

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee $5.55 | $ $4.65 | 1584 13 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | Postmark Here |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $0.82 | |
| Total Postage and Fees | $ $11.02 | 08/12/2026 |

Sent To
HARRIS COUNTY ATTORNEY'S OFFICE (AMBER MORALSON)
Street and Apt. No., or PO Box No.
1010 LAMAR ST., 11TH FLOOR
City, State, ZIP+4®
HOUSTON, TEXAS 77002

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

### Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, January 2023 *(Reverse)* PSN 7530-02-000-9047

EXHIBIT
A-5

UNITED STATES POSTAL SERVICE.

SILVER LAKE
2700 CULLEN BLVD
PEARLAND, TX 77584-0802
www.usps.com

08/12/2026 12:26 PM

TRACKING NUMBERS
9589 0710 5270 3826 9635 94

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.82 |
| Houston, TX 77002<br>Weight: 0 lb 1.00 oz<br>Estimated Delivery Date<br>Fri 08/14/2026 | | | |
| Certified Mail®<br>Tracking #:<br>9589 0710 5270 3826 9635 94 | | | $5.55 |
| Return Receipt<br>Tracking #:<br>9590 9402 0147 6110 6558 86 | | | $4.65 |
| Total | | | $11.02 |
| First-Class Mail® Letter | 1 | | $0.82 |
| Houston, TX 77002<br>Weight: 0 lb 0.80 oz<br>Estimated Delivery Date<br>Fri 08/14/2026 | | | |
| Flag 2026 Bklt | 1 | $16.40 | $16.40 |

Grand Total: $28.24

Debit Card Remit $28.24
Card Name: VISA
Account #: XXXXXXXXXXXX0150
Approval #: 115122
Transaction #: 097
Receipt #: 097667
Debit Card Purchase: $28.24
AID: A0000000980840 Contactless
AL: US DEBIT

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused

Letter
[illegible]
Weight: 0 lb 0.80 oz
Estimated Delivery Date
Fri 08/14/2026

| | | | |
|---|---|---|---|
| Flag 2026 Bklt | 1 | $16.40 | $16.40 |

---

Grand Total: $28.24

---

Debit Card Remit $28.24
Card Name: VISA
Account #: XXXXXXXXXXXX0150
Approval #: 115122
Transaction #: 097
Receipt #: 097667
Debit Card Purchase: $28.24
AID: A0000000980840 Contactless
AL: US DEBIT

---

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused boxes MUST be completely removed/obliterated if they no longer match the contents.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

Looking for a new opportunity? Join a team that delivers! The Postal Service is actively hiring for full and part-time positions. To learn more visit us at www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional information other than what is provided on USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

---

UFN: 486891-1584
Receipt #: 840-57700672-2-11963889-2
Clerk: 13

# USPS Tracking®

EXHIBIT
A-6

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Tracking Number:**

**Remove ✕**

## 9589071052703826963594

**Copy** **Add to Informed Delivery**

### Latest Update

Your item is being held at the HOUSTON, TX 77002 post office at 9:55 am on August 14, 2026. This is at the request of the customer.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivery Attempt

**Held at Post Office, At Customer Request**

HOUSTON, TX 77002
August 14, 2026 9:55 AM

**Arrived at USPS Facility**

NORTH HOUSTON TX DISTRIBUTION CENTER
August 13, 2026 10:23 PM

**Arrived at USPS Facility**

SOUTH HOUSTON PROCESSING CENTER
August 13, 2026 7:04 AM

**Arrived at USPS Facility**

NORTH HOUSTON TX DISTRIBUTION CENTER
August 12, 2026 9:20 PM

**Departed Post Office**

PEARLAND, TX 77584
August 12, 2026 5:09 PM

**USPS in possession of item**

PEARLAND, TX 77584

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

**See tracking for related item: 9590940201476110655886**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**