EXHIBIT
B-5

From: Morrison, Amber (CAO) (amber.morrison@harriscountytx.gov)
To: tdixon2313@yahoo.com
Cc: radha.thiagarajan@harriscountytx.gov; tina.drewke@harriscountytx.gov; jacqueline.navarro@harriscountytx.gov
Date: Wednesday, September 2, 2026 at 11:18 AM CDT

Ms. Dixon,

A few clarifications in red below. Apologies if it wasn't clear from our call.

Sincerely,

**Amber Morrison**
Assistant County Attorney – Employment Division
E: Amber.Morrison@harriscountytx.gov
P: (713) 274 – 5134
C: (713) 817 – 9861

**Office of the Harris County Attorney**
**Abbie Kamin**
cao.harriscountytx.gov

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

---

**From:** Tiffany Dixon <tdixon2313@yahoo.com>
**Sent:** Tuesday, September 1, 2026 4:48 PM
**To:** Morrison, Amber (CAO) <Amber.Morrison@harriscountytx.gov>
**Cc:** Thiagarajan, Radha (CAO) <Radha.Thiagarajan@harriscountytx.gov>; Drewke, Tina (CAO) <Tina.Drewke@harriscountytx.gov>; Navarro, Jacqueline (CAO) <Jacqueline.Navarro@harriscountytx.gov>
**Subject:** Re: Meet and Confer Regarding Limited Expedited Discovery – Dixon v. Harris County, Texas, Civil Action No. 4:26-cv-04418

Ms. Morrison:

Thank you for speaking with me today.

I understand Harris County does not agree to limited expedited discovery before the Rule 26(f) conference and prefers to wait for the ordinary October schedule because a motion to dismiss is pending.

I also understand you to have stated that:

- a litigation hold issued on or about September 9, 2024;
- a subsequent hold issued on or about July 7, 2026;
- neither hold has been lifted;
- Harris County Universal Services was notified;

- Harris County will not produce copies of the hold letters because it considers them work product;



- you have no personal knowledge of anyone deleting information after the hold issued; and
- it is Harris County's standard practice to instruct management-level employees not to communicate with former employees who are the subject of a litigation hold because of attorney-client privileged communications ~~me~~ and that I should go through counsel to contact current management-level employees. If you were represented by an attorney, an attorney would be required to contact current employees through counsel, and so I also respectfully requested that if there are any current employees who you do not have a personal relationship with, that you contact them through me as well.

If I have misstated Harris County's position, please correct me by the close of business tomorrow. Otherwise I will proceed with a motion for leave based on this understanding.

Respectfully,

Tiffany Nicole Dixon
Plaintiff Pro Se
Phone: (281) 450-4674
Phone: (737) 382-0187
E-mail: Tdixon2313@yahoo.com

On Tuesday, September 1, 2026 at 01:49:45 PM CDT, Morrison, Amber (CAO) <amber.morrison@harriscountytx.gov> wrote:

EXHIBIT
B-4

I will call you at 3:30pm at (281) 450-4674.

Sincerely,

**Amber Morrison**
Assistant County Attorney – Employment Division
E: Amber.Morrison@harriscountytx.gov
P: (713) 274 – 5134
C: (713) 817 – 9861

**Office of the Harris County Attorney**
**Abbie Kamin**
cao.harriscountytx.gov

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

---

**From:** Tiffany Dixon <tdixon2313@yahoo.com>
**Sent:** Tuesday, September 1, 2026 1:41 PM
**To:** Morrison, Amber (CAO) <Amber.Morrison@harriscountytx.gov>
**Cc:** Thiagarajan, Radha (CAO) <Radha.Thiagarajan@harriscountytx.gov>; Drewke, Tina (CAO) <Tina.Drewke@harriscountytx.gov>; Navarro, Jacqueline (CAO) <Jacqueline.Navarro@harriscountytx.gov>
**Subject:** Re: Meet and Confer Regarding Limited Expedited Discovery – Dixon v. Harris County, Texas, Civil Action No. 4:26-cv-04418

Ms. Morrison:

Thank you for your response. 3:30 p.m. today works for me.
Please send the number I should call, or confirm that you will call me at either (281) 450-4674 or (737) 382-0187.

Respectfully,

Tiffany Nicole Dixon

On Tuesday, September 1, 2026 at 12:48:12 PM CDT, Morrison, Amber (CAO) <amber.morrison@harriscountytx.gov> wrote:

Ms. Dixon,

I am available today at 3:30pm for a telephone call to discuss, or tomorrow at 2pm. Do either of those times work for you?

Sincerely,

**Amber Morrison**
Assistant County Attorney – Employment Division
E: Amber.Morrison@harriscountytx.gov
P: (713) 274 – 5134
C: (713) 817 – 9861

**Office of the Harris County Attorney**
**Abbie Kamin**
cao.harriscountytx.gov

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

---

EXHIBIT
B-3

**From:** Tiffany Dixon <tdixon2313@yahoo.com>
**Sent:** Tuesday, September 1, 2026 12:02 PM
**To:** Morrison, Amber (CAO) <Amber.Morrison@harriscountytx.gov>
**Cc:** Thiagarajan, Radha (CAO) <Radha.Thiagarajan@harriscountytx.gov>; Drewke, Tina (CAO) <Tina.Drewke@harriscountytx.gov>; Navarro, Jacqueline (CAO) <Jacqueline.Navarro@harriscountytx.gov>
**Subject:** Re: Meet and Confer Regarding Limited Expedited Discovery – Dixon v. Harris County, Texas, Civil Action No. 4:26-cv-04418

Ms. Morrison:
Thank you for your response.
Stating that Harris County has "internal processes in place regarding litigation holds" is not the same as confirming whether a litigation hold was implemented in this case, when it was implemented, who received it, what it covered, whether relevant custodians and systems were included, and whether preservation remains ongoing.

Also, I am not asking Harris County to disregard the Federal Rules, nor am I requesting the full merits discovery before the Rule 26(f) conference. My August 28, 2026 email asked whether Harris County would stipulate to, or otherwise agree to, limited expedited discovery under Rule 26(d)(1) concerning:

1. litigation holds and preservation implementation in this case;
2. deletion, access, audit, mailbox, and backup logs for a limited set of custodians and systems; and
3. communications concerning whether current or former employees, potential witnesses, or custodians may communicate with me.

Further, I also asked whether counsel was available for a short telephone or Zoom conference to discuss the issue. I am not attempting to start discovery by email. I am attempting to confer before filing a motion for leave.
Your email does not state that Harris County agrees to limited expedited discovery before the Rule 26(f) conference. Instead, your email refers to the ordinary October 8, 2026 discovery-planning deadline and the October 29, 2026 initial conference. Therefore, I understand Harris County does not agree to limited expedited discovery before the Rule 26(f) conference.
Unless Harris County states otherwise by the close of business today, I will understand that Harris County does not agree to the requested limited expedited discovery before the Rule 26(f) conference.
Respectfully,

Tiffany Nicole Dixon
Plaintiff Pro Se
Phone: (281) 450-4674
Phone: (737) 382-0187
E-mail: Tdixon2313@yahoo.com

On Tuesday, September 1, 2026 at 07:01:25 AM CDT, Morrison, Amber (CAO) <amber.morrison@harriscountytx.gov> wrote:

EXHIBIT
B-2

Good morning Ms. Dixon,

The county has internal processes in place regarding litigation holds.

Unfortunately, I am unsure what exactly you are requesting regarding discovery. We will follow the Federal Rules of Civil Procedure regarding discovery and respectfully request that you do the same. Our Initial Conference is scheduled for October 29, 2026. Our deadline to meet and confer to plan for discovery is October 8, 2026. I will be in touch in the coming weeks for us to schedule a time to discuss our Joint Discovery Case Management Plan, as required under the Federal Rules of Civil Procedure.

Sincerely,

***Amber Morrison***
Assistant County Attorney – Employment Division
E: Amber.Morrison@harriscountytx.gov
P: (713) 274 – 5134
C: (713) 817 – 9861

**Office of the Harris County Attorney**
**Abbie Kamin**
cao.harriscountytx.gov

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

---

EXHIBIT
B-1

**From:** Tiffany Dixon <tdixon2313@yahoo.com>
**Sent:** Friday, August 28, 2026 1:32 PM
**To:** Morrison, Amber (CAO) <Amber.Morrison@harriscountytx.gov>; Thiagarajan, Radha (CAO) <Radha.Thiagarajan@harriscountytx.gov>; Drewke, Tina (CAO) <Tina.Drewke@harriscountytx.gov>; Navarro, Jacqueline (CAO) <Jacqueline.Navarro@harriscountytx.gov>
**Subject:** Meet and Confer Regarding Limited Expedited Discovery – Dixon v. Harris County, Texas, Civil Action No. 4:26-cv-04418

Ms. Morrison and Ms. Thiagarajan:
I write in a good-faith effort to confer regarding limited expedited discovery in the above-referenced case.
As you know, I served a formal Litigation Hold / Preservation Demand on August 11, 2026. Certified-mail tracking reflects delivery on August 17, 2026. As I previously raised during the EEOC investigation process, I have specific concerns regarding the preservation of relevant documents and electronically stored information ("ESI"), communications with potential witnesses, and potential spoliation or deletion of evidence after notice of my EEOC Charge, Amended EEOC Charge, administrative complaints, and this lawsuit.
I am seeking to determine whether Harris County will stipulate to, or otherwise agree to, limited expedited discovery focused on:

- preservation of relevant documents and ESI;
- litigation holds, preservation directives, and related preservation efforts;
- communications with potential witnesses concerning Plaintiff, Plaintiff's EEOC proceedings, this lawsuit, or whether witnesses may communicate with Plaintiff; and
- potential deletion, alteration, movement, transfer, or loss of relevant documents or ESI after notice of Plaintiff's EEOC Charge, Amended EEOC Charge, administrative complaints, or this lawsuit.

Please advise by the close of business on Tuesday, September 1, 2026, whether Harris County will agree to limited expedited discovery on these topics, whether Harris County opposes Plaintiff seeking leave of Court to conduct such discovery, or whether counsel is available for a short telephone or Zoom conference to discuss the issue before a motion is filed.

If Harris County is willing to discuss the scope of limited expedited discovery, I am willing to confer regarding reasonable limits on custodians, time periods, search terms, categories of ESI, privilege issues, confidentiality concerns, and any appropriate protective order.

As of this email, I have not received written confirmation regarding the implementation, maintenance, or communication of a litigation hold in response to my August 11, 2026 preservation demand. If Harris County does not respond to this meet-and-confer request by the deadline above, I will understand that Harris County does not agree to the requested limited expedited discovery and will proceed accordingly.

Thank you for your attention to this matter.

Respectfully,

Tiffany Nicole Dixon
Plaintiff Pro Se
Phone: (281) 450-4674
Phone: (737) 382-0187
Email: Tdixon2313@yahoo.com