EXHIBIT
C

# TRANSCRIPT EXCERPT OF SEPTEMBER 20, 2024 PRESERVATION-RELATED MEETING

## HCDAO Asset Forfeiture Division

## Approximate Time Stamp: 45:53–47:52

***Note:*** *This exhibit is Plaintiff's transcript excerpt of a relevant portion of an audio recording provided to Plaintiff by Dionda Jones. The audio recording itself is not attached. Plaintiff has preserved the complete recording and can provide it if requested by the Court. This transcript excerpt was prepared to the best of Plaintiff's ability and covers the relevant portion of the recording from approximately 45:53 to 47:52.*

**[00:45:53] Michael Butera:** Last thing—

**[00:45:54] Unidentified Speaker:** [interrupting] I'm not calling you.

**[00:45:55] Michael Butera:** [laughs] I'm sure, um, if you did get it, you know, if you didn't get it, you know we don't need to talk about it, but if you got an e-mail yesterday about preserving some documents or evidence . . . everything, that went out very broadly to a huge group of people. So, be very aware of that. I take that extremely seriously. You're under an obligation to preserve anything you may have. Obviously, things you don't have, you don't have. So—

**[00:46:19] Unidentified Speaker:** [interrupting] How do you preserve voicemail?

**[00:46:21] Michael Butera:** Um . . .

**[00:46:24] Dionda Jones:** They're in your e-mail.

**[00:46:25] Alexis Mitchell:** They're in your e-mail, right?

**[00:46:26] Michael Butera:** It should be. Yeah, so my view of the e-mail is just don't delete. I delete, like, the wellness things from the County or whatever. I-I keep, you know, I probably should keep those.

**[00:46:35] Unidentified Speakers:** [laughter]

**[00:46:36] Michael Butera:** Uh, but you know what I mean. Just be thoughtful . . . you're individually responsible for your own actions, so follow the instructions. Um, I did ask a clarifying—

**[00:46:45] Eleanor Delgado:** [interrupting] Does that mean at one point we can be subpoenaed for that?

**[00:46:49] Michael Butera:** We won't talk about any particular details. It will take the course that it takes. If you are, you will be. If you're not, you won't be. You know, that'll just take its own course. Um, I did ask a clarifying question because something in the e-mail said something about, like, "start collecting"—

**[00:47:02] Unidentified Speaker:** [interrupting] Yes.

**[00:47:03] Michael Butera:** Or so, I was like, "Oh, do we need to—?" So, here's the clarifying observation I got. It's a hold order, meaning don't destroy anything. If something is in danger of being destroyed, you should take some action to prevent that from happening. But we're not in a process where we're like collecting and boxing up stuff or anything like that. I hope that clarifies that. For me, for example, I keep—

**[00:47:26] Kristal Snelson:** [interrupting; unintelligible] I was headed to the shredder right now.

**[00:47:27] Unidentified Speakers:** [whispering]

**[00:47:30] Michael Butera:** —my e-mails, my messages, my everything is saved. It's in no danger of being destroyed because, well I hope not, I wouldn't destroy it. But like, the office is backing up and everything.

**[00:47:36] Alexis Mitchell:** Mm-hmm.

**[00:47:36] Unidentified Speaker:** Correct.

**[00:47:37] Michael Butera:** But that clarified it for me. There's no need to print out and have a stack of e-mails or something, but there is a duty, if you have a practice of deleting messages or something set that deletes messages at a certain point, to not do that. Is that clarifying enough for everyone?

**[00:47:51] Unidentified Speakers:** Mm-hmm. Yes. Yes.

**[00:47:52] Michael Butera:** Um, I think that's it. [unintelligible] Thank y'all so much.