EXHIBIT
D

9:35

631

DJ MM CP
3 People

Dionda Jones
Apparently yesterday some people got an email about preserving their emails and not deleting anything

Omg that PIA is gonna be pure fire 🔥🔥🔥

Conswella Phipps
Did he bring this up in the meeting

Also, I just got off the phone with the Department of Labor and they're going to get back with me next week

Dionda Jones
Yes Swe. He said it was very broad and went to several people

I didn't get it 🤷🏾‍♀️😉

Mike Martin
I didn't either.

Conswella Phipps
I'm shocked he brought it up in the meeting with everyone

Mike Martin

Text Message

Cash