EXHIBIT
E-1

622

AR DJ MM CP
4 People

Uh oh someone is asking oatmeal for some pdf thing that she sent and she can't find it and she can't find the file. She told mcgruff she knows she mailed it and mailed it certified as well. But she doesn't know what to do now cause she can't find the file

AR: She's currently in McGruffs office

Lol!

🍿

Alyssa Rios

AR: Mcgruff told oatmeal to check efile

HA HA

Mike Martin

MM: I wish you knew the name

MM: I would go in her k drive and hide it

HA HA

Omg!!! Hahaha

First comment




Text Message

Cash

EXHIBIT
E-2

‹ 621

AR DJ MM CP

4 People ›


Charged Type State
By Whom Hartman, Cornelia (2)
Trial Date
Assigned To Hartman, Cornelia (2)
Status Served
DWOP Date
Dis. Deadline
PTC Date
Notes
Add Status Note

Status
HARTMAN_CORNELIA wrote on Sep 17 2024 10:40AM
9/17/24/CH/spent a considerable amount of time looking for the file. It was in the black filing cabinet in Tiffany's (old) office. All the other files had been moved to the hallway file cabinet by TD.

Status
HARTMAN_CORNELIA wrote on Sep 17 2024 10:39AM
CRIM 11/19/24

Status
HARTMAN_CORNELIA wrote on Aug 13 2024 12:38PM
8/13/24/CH/ CRIM 9/16/24

Status
DIXON_TIFFANY wrote on Jul 10 2024 9:09AM

MM

Alyssa Rios

AR 😂

Lol

Consumed by hate

Dionda Jones

DJ That's that day she came in here acting like an asshole

Mike Martin

MM Probably made it up about being in the black cabinet

Dionda Jones

DJ I'm amused that's she's still mentioning Tiffany 2 months after getting her fired

Text Message

EXHIBIT E-3

Related Criminal Conduct: PCWID

Charged Type: State

## status

| | | | |
|---|---|---|---|
| Status Date | 11/21/2024 | By Whom | Hartman, Cornelia (2) |
| DWOP Date | | Trial Date | |
| Dis. Deadline | | Assigned To | Hartman, Cornelia (2) |
| PTC Date | | Status | Served |

Notes

Add Status Note

**Status**
**HARTMAN_CORNELIA** ***wrote on*** Sep 17 2024 10:40AM

9/17/24/CH/spent a considerable amount of time looking for the file. It was in the black filing cabinet in Tiffany's (old) office. All the other files had been moved to the hallway file cabinet by TD.

**Status**
**HARTMAN_CORNELIA** ***wrote on*** Sep 17 2024 10:39AM

CRIM 11/19/24

**Status**
**HARTMAN_CORNELIA** ***wrote on*** Aug 13 2024 12:38PM

8/13/24/CH/ CRIM 9/16/24

**Status**
**DIXON_TIFFANY** ***wrote on*** Jul 10 2024 9:09AM

Respondent acquired another narcotics case (POSS CS PG 1/1-B >=400G [F1]) on 7/4/2024 and he is currently in HCJ; His next criminal court date for this case was set for 7/8/24 (Hurricane Beryl)

R's underlying criminal case was reset to 8/2/2024 (MFC filed to reset this August trial date)

A Motion to Revoke and Raise Bail (for his active underlying criminal cases) that was filed on 7/3/24 states, "On July 2nd, 2024, the Defendant was arrested in possession of 9 kilograms of methamphetamine pills, along with multiple other controlled substances, in violation of his conditions of bond."

EXHIBIT
E-4

2:50

622

AR DJ MM CP
4 People

Mike Martin

Maybe Oatmeal didn't save a copy of what she sent in certified




MM

Conswella Phipps

Oatmeal and bunny have been there for 2 years and they still don't know how to do their job!! WTH!!

CP

I feel badly for all of you, having to deal with these amateurs

Alyssa Rios

!!

She probably doesn't. The case she was talking about was probably Barbie's. Because she just came to mcgruff and said i found it i accidentally deleted it when i was deleting stuff when i got Cornelia'a cases.

AR

Text Message

Cash

BOX | DA HOME | DEEDS | JWEB | login Asset Forfeitur... | NEW JIMS | Whitley Penn- Surali... | Timesheet | Gov Report - Ch. 59 | DIM90 - Harris Co...

EXHIBIT
E-5

[redacted]

| | | | |
|---|---|---|---|
| Related Criminal Conduct | Gambling | Charged Type | (Select One) |

## status

| | | | |
|---|---|---|---|
| Status Date | 10/23/2024 | By Whom | Hartman, Cornelia (2) |
| DWOP Date | | Trial Date | |
| Dis. Deadline | | Assigned To | Hartman, Cornelia (2) |
| PTC Date | | Status | (Select One) |

Notes

Add Status Note

**Status**
**BURKHART_SHANNON** ***wrote on*** Oct 3 2024 1:44PM

10/3/24//SB// USPS tracking #9589071052700174170070 shows service mailing was picked up from a postal facility on 10/2/24 at 4:33pm;

**Status**
**BURKHART_SHANNON** ***wrote on*** Sep 25 2024 3:38PM

9/25/24/SB/ Updated cause and court number in DDP - check service;

**Status**
**BURKHART_SHANNON** ***wrote on*** Sep 25 2024 3:03PM

9/25/24 filed petition with Crim Intake - pending cause #;

**Status**
**BURKHART_SHANNON** ***wrote on*** Sep 23 2024 8:49AM

9/23/24 Updated gambling petition on 9/20/24 - sent to CH for review on 9/23/24;

**Status**
**DIXON_TIFFANY** ***wrote on*** Jun 21 2024 10:10AM

6/20/24: Received corrected affidavit from Grace Das; Correcting draft for review

**Status**

EXHIBIT
E-6

2:52

622

AR MM DJ CP
4 People

MM: Oatmeal and McGruff will conspire against her like they did with docket back in the day.

Alyssa Rios
AR: Becareful with that because mcgruff told oatmeal that IT can pull deleted stuff somehow

AR: She told her to call IT if she couldn't find it in efile

Conswella Phipps
CP: Replied to a message:
Why is she deleting anything!!

She's deleting things and I was accused of deleting things

This is absolutely getting written down

Mike Martin
MM: Enron asked me if I know anyone on the transition team.

MM: I said yes. I know most of them.

Text Message