**UNITED STATES DISTRICT COURT**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **Civil Action No.: 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| | § | |
| ***Defendant*** | § | |

**ORDER GRANTING DEFENDANT HARRIS COUNTY'S MOTION FOR PROTECTIVE ORDER AND DENYING PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY**

Before the Court is Defendant Harris County's Motion for Protective Order to Stay Discovery in Response to Plaintiff's Motion for Leave to Conduct Limited Expedited Discovery.

Having considered the motion, response, and arguments of counsel, if any, the Court determines that:

1. The County's Motion for Protective Order should be GRANTED, and that all discovery shall be stayed until the resolution of the County's Motion to Dismiss [Doc. 9], and
2. The Plaintiff's Motion for Leave to Conduct Limited Expedited Discovery Regarding Preservation of Evidence, Witness Communications, and Potential Spoliation is DENIED

IT IS SO ORDERED.

Date:

____________________________
HON. JUDGE SIM LAKE
UNITED STATES DISTRICT JUDGE