**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Tiffany Nicole Dixon | § | |
| | § | |
| *versus* | § | Case Number: 4:26−cv−04418 |
| | § | |
| Harris County, Texas | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

Canceled setting: Initial Scheduling Conference

Date and Time: October 29, 2026, at 10:15 A.M.

Date: October 2, 2026

Nathan Ochsner, Clerk