**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON** | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| Defendant. | § | |

**<u>PLAINTIFF'S MOTION FOR LEAVE TO EXCEED 25-PAGE LIMIT</u>**

COMES NOW Plaintiff Tiffany Nicole Dixon, appearing *pro se*, and respectfully moves for leave to exceed the 25-page limit established by Section 5(H) of Judge Lake's Court Procedures for Plaintiff's Reply in Further Support of Plaintiff's Motion for Leave to Conduct Limited Expedited Discovery (Doc. 18) and Response in Opposition to Defendant's Motion for Protective Order to Stay Discovery (Doc. 20), and respectfully shows the Court as follows:

1. Defendant's filing in Doc. 20 serves two functions: it opposes Plaintiff's Motion for Leave to Conduct Limited Expedited Discovery (Doc. 18) and affirmatively seeks a protective order under Federal Rule of Civil Procedure 26(c) staying all discovery pending resolution of Defendant's Motion to Dismiss (Doc. 9).

2. Plaintiff's combined Reply and Response therefore addresses both Defendant's opposition to Doc. 18 and Defendant's affirmative request for a blanket discovery stay. Because the September 29, 2026 Memorandum and Recommendation and Order (Doc. 21) was issued while those matters remained pending, Plaintiff has conformed the relief requested in the combined filing to the current procedural posture.

3. The combined filing presents several distinct issues, including whether Defendant satisfied the applicable conference requirement before seeking a protective order, whether Defendant has established good cause for the blanket stay requested under Rule 26(c), whether Plaintiff has shown good cause for the limited expedited discovery requested in Doc. 18, and Defendant's separate arguments concerning preservation measures, relevance, hearsay, and witness-communication issues.

4. Judge Lake's Court Procedures further require a brief exceeding ten pages to include, among other components, a table of contents, table of authorities, statement of the nature and stage of the proceeding, relevant facts, issues presented and applicable standards of review, summary of the argument, organized argument, and conclusion. Plaintiff has organized her filing to comply with those requirements. The required organizational components further contribute to the filing's overall length without materially expanding the substantive issues presented.

5. Plaintiff conferred with counsel for Defendant Harris County regarding Plaintiff's anticipated request for leave to exceed the 25-page limit applicable to the combined Reply and Response. On October 6, 2026, counsel for Defendant advised Plaintiff by email that Harris County opposes the request. The parties' correspondence concerning the request is attached as Exhibit A.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Tiffany Nicole Dixon respectfully requests that the Court grant Plaintiff leave to file her Reply in Further Support of Plaintiff's Motion for Leave to Conduct Limited Expedited Discovery (Doc. 18) and Response in Opposition to Defendant's Motion for Protective Order to Stay Discovery (Doc. 20) in a length not to exceed 34 pages, and grant Plaintiff all other relief to which she may be entitled.

Respectfully submitted,

Tiffany Nicole Dixon
Plaintiff Pro Se
12313 Winebrook Drive
Pearland, Texas 77584
Telephone: (281) 450-4674
Telephone: (737) 382-0187
Tdixon2313@yahoo.com