**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON** | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| Defendant. | § | |

**CERTIFICATE OF CONFERENCE**

Pursuant to Southern District of Texas Local Rule 7.1(D), Plaintiff certifies that on October 5, 2026, Plaintiff contacted counsel for Defendant Harris County by email to confer regarding Plaintiff's anticipated request for leave to exceed the 25-page limit applicable to her combined Reply and Response. See Ex. A-1. On October 6, 2026, counsel for Defendant advised Plaintiff by email that Harris County opposes the request. Accordingly, the Motion is opposed. See Ex. A-2.

Tiffany Nicole Dixon
Plaintiff Pro Se
12313 Winebrook Drive
Pearland, Texas 77584
Telephone: (281) 450-4674
Telephone: (737) 382-0187
Tdixon2313@yahoo.com