**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON** | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| Defendant. | § | |

## LIST OF EXHIBITS

| **Exhibit** | **Description** |
|---|---|
| **Exhibit A** | **Plaintiff's Meet and Confer Email with Defendant Harris County** |
| A-1 | Plaintiff's October 5, 2026 Email to Harris County |
| A-2 | Defendant's October 6, 2026 Response in Opposition |