EXHIBIT
A-2

From: Morrison, Amber (CAO) (amber.morrison@harriscountytx.gov)
To: tdixon2313@yahoo.com; radha.thiagarajan@harriscountytx.gov
Cc: jacqueline.navarro@harriscountytx.gov
Date: Tuesday, October 6, 2026 at 06:45 AM CDT

Good morning Ms. Dixon,

Harris County is opposed.

Sincerely,

**Amber Morrison**
Assistant County Attorney – Employment Division
E: Amber.Morrison@harriscountytx.gov
P: (713) 274 – 5134
C: (713) 817 – 9861

**Office of the Harris County Attorney**
**Abbie Kamin**
cao.harriscountytx.gov

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

---

EXHIBIT
A-1

**From:** Tiffany Dixon <tdixon2313@yahoo.com>
**Sent:** Monday, October 5, 2026 10:51 PM
**To:** Morrison, Amber (CAO) <Amber.Morrison@harriscountytx.gov>; Thiagarajan, Radha (CAO) <Radha.Thiagarajan@harriscountytx.gov>
**Cc:** Drewke, Tina (CAO) <Tina.Drewke@harriscountytx.gov>; Navarro, Jacqueline (CAO) <Jacqueline.Navarro@harriscountytx.gov>
**Subject:** Meet and Confer Regarding Leave to Exceed 25-Page Limit (Dixon v. Harris County, No. 4:26-cv-04418)

Ms. Morrison:

I am writing to confer regarding an anticipated motion for leave to exceed the 25-page limit in Section 5(H) of Judge Lake's Court Procedures.

I intend to file a combined Reply in Further Support of Doc. 18 and Response in Opposition to Doc. 20.

Judge Lake's procedures require a brief exceeding ten pages to include a table of contents, table of authorities, and the other components identified in Section 5(H). After incorporating those required components, the brief is presently approximately 34 pages.

I therefore anticipate requesting leave to file the combined Reply and Response in a length not to exceed **35 pages**, aside from the certificate of service, supporting declaration, proposed order, exhibits, and authorities submitted as exhibits.

Please let me know whether Harris County opposes that request. I recognize that this email is being sent after business hours, and I am not requesting a response tonight. If reasonably possible, please provide Defendant's position by **1:00 p.m. tomorrow, October 6, 2026**, so that I may accurately state Defendant's position in the certificate of conference.

Thank you,

Tiffany Nicole Dixon
Plaintiff Pro Se