**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON** | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| Defendant. | § | |

**PROPOSED ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO EXCEED 25-PAGE LIMIT**

Before the Court is Plaintiff Tiffany Nicole Dixon's Motion for Leave to Exceed the 25-Page Limit applicable to Plaintiff's Reply in Further Support of Plaintiff's Motion for Leave to Conduct Limited Expedited Discovery (Doc. 18) and Response in Opposition to Defendant's Motion for Protective Order to Stay Discovery (Doc. 20).

Having considered the Motion and the record, the Court finds that the Motion should be **GRANTED**.

Plaintiff is **GRANTED LEAVE** to file her combined Reply and Response in a length not to exceed 34 pages.

SIGNED at Houston, Texas, on ____________________, 2026.

______________________________________
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE