**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON** | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| Defendant. | § | |

**<u>LIST OF EXHIBITS</u>**

| **<u>Exhibit</u>** | **<u>Description</u>** |
|---|---|
| **Exhibit A** | **August 5, 2024 Notice of Administrative Suspension Issued to Plaintiff** |
| **Exhibit B** | **August 16, 2024 Termination Email and Letter Issued to Plaintiff** |
| B-1 | August 16, 2024 Email Transmitting Notice of Termination |
| B-2 | August 16, 2024 Letter of Termination |
| **Exhibit C** | ***EEOC v. SkyWest Airlines, Inc.*, No. 25-10491, slip op. at 5–6 (5th Cir. July 9, 2026).** |
| **Exhibit D** | ***Barrie v. Nueces Cnty. Dist. Attorney's Off.*, No. 2:17-CV-00204, 2017 WL 11713691, at *2 (S.D. Tex. Nov. 13, 2017)** |
| **Exhibit E** | **Harris County's March 13, 2025 Response to Amended EEOC Charge No. 460-2024-08085** |