EXHIBIT
A

David Mitcham
First Assistant/Chief of Courts

Vivian King
First Assistant/Chief of Staff

Harris County District Attorney's Office
1201 Franklin Street, Suite 600
Houston, TX 77002

# HARRIS COUNTY DISTRICT ATTORNEY
# KIM OGG

August 5, 2024

Tiffany Dixon
Harris County District Attorney's Office
***By hand delivery***

Dear Ms. Dixon:

This letter serves to notify you that, effective today, August 5, 2024, you are suspended with pay (placed on at-home status) pending the disposition of our investigation into allegations of policy violations and performance issues. The issues we are investigating include your failure to adhere to the prohibition against communicating directly with attorneys or pro se respondents with regard to settlement offers, your failure to work cooperatively and communicate appropriately with your assigned attorney and supervisor about the status of work and requests for time off, and your failure to record any work in your DDP since July 25, 2024.

This suspension is not disciplinary, but is to allow us to conduct a thorough investigation, including providing you with the opportunity to respond to the allegations. When the above-described investigation is concluded, we will examine the issues and determine the appropriate action to be taken.

This suspension with pay will be in effect until you are notified by me. You will be notified when the investigation is completed. During your suspension, you will continue to be paid your full salary in the normal way. However, <u>you will be precluded during this period from working any extra jobs</u>. Your placement in this employment status will be governed by the following conditions:

1. Unless requested to do so by District Attorney Kim Ogg or myself, you are not to return to or visit any secure areas of the Harris County District Attorney's Office. If you have any questions about what constitutes a "secure area," please contact me for clarification.

2. During this suspension period, your residence essentially becomes your assigned work area. Your hours of work will be Monday through Friday, 8:00 a.m. to 5:00 p.m., with a one-hour lunch period.

3. If you want to be absent from your residence for any reason other than a lunch period, you must contact me in advance and obtain the appropriate authorization.

4. If a scheduled holiday occurs during your period of suspension, your timesheet will reflect the holiday off and the use of the holiday time for eight hours on that date.

5. You must be available during normal business hours, Monday through Friday, 8:00 a.m. through 5:00 p.m. to be contacted on this matter or any other matters on which you were working before this suspension. You are required to call your supervisor, Michael Butera, at 713-274-5556, every morning at 8:00 a.m. Monday through Friday. If your phone call is not answered, you will leave a message.

6. You must provide a telephone number and/or cell number where you can be reached during these hours as well as a personal email address for email communications. If a meeting date and time is established to discuss the investigation or any other matters on which you were working before this suspension, you will be expected to be present at this meeting within one hour of notification.

7. If you need to go to a medical appointment or a pharmacy, or you need to schedule medical treatment, you must contact me in advance (where practicable) for authorization. If approved, your timesheet will reflect the use of sick leave or other appropriate form of paid or unpaid leave.

8. If you wish to request use of any paid leave during this time period, you must submit a request to me and be approved for paid vacation or compensatory leave. If approved, your timesheet will reflect the use of accrued vacation or compensatory time.

Your failure to follow these directives may result in your movement to a non-pay status for the days in question and the delivery of formal disciplinary action up to and including dismissal from employment. If you have questions concerning this action or need further information about your status in regard to this action, please contact me.

Sincerely,

Elizabeth Stevens
Human Resources Director
713-274-5827

Signature 281-450-4674
TDIXON2313@YAHOO.COM

8/5/2024
Date