EXHIBIT
B-1

## Correspondence - 8-16-2024

Perryman, Bria <PERRYMAN_BRIA@dao.hctx.net>

Fri 8/16/2024 10:56 AM

To:'Tdixon2313@yahoo.com' <Tdixon2313@yahoo.com>
Cc:Stevens, Elizabeth <STEVENS_ELIZABETH@dao.hctx.net>;Walker, Gale <WALKER_GALE@dao.hctx.net>

1 attachments (284 KB)

Dixon, Tiffany Correspondence 8-16-2024.pdf;

---

**From:** Stevens, Elizabeth
**Sent:** Friday, August 16, 2024 12:48 PM
**To:** 'tdixon2313@yahoo.coom' <tdixon2313@yahoo.coom>
**Cc:** Walker, Gale <WALKER_GALE@dao.hctx.net>; Perryman, Bria <PERRYMAN_BRIA@dao.hctx.net>
**Subject:** Correspondence - 8-16-2024

Ms. Dixon – As we discussed yesterday, the decision has been made to terminate your employment. We did give you the option to resign, which you declined. Please see the attached correspondence.

We will make arrangements to get your personal items to you and retrieve your County/Office badges. Please contact us at 4-5850 or HRRM Benefits at 4-5500 if you have questions about final benefits, etc. We wish you the best in your future endeavors.

Elizabeth Stevens
Human Resources Director, SHRM-SCP
Harris County District Attorney's Office
1201 Franklin Street, Suite 600
Houston, Texas 77002
713.274.5827