EXHIBIT
B-2

**David Mitcham**
**First Assistant/Chief of Courts**

**Vivian King**
**First Assistant/Chief of Staff**

**Harris County District Attorney's Office**
**1201 Franklin Street, Suite 600**
**Houston, TX 77002**

# HARRIS COUNTY DISTRICT ATTORNEY
# KIM OGG

August 16, 2023

Ms. Tiffany Dixon
Via Email – tdixon2313@yahoo.com

Re: Employment Status - Termination of Employment

Dear Ms. Dixon:

You are a Paralegal in the Asset Forfeiture Division. On Monday, August 5, 2024, you were placed on a paid suspension while we reviewed and investigated issues regarding policy violations and performance. We have now concluded the investigation and determined that you violated policy by discussing settlement with a respondent rather than referring her to the assigned attorney. You have demonstrated an unwillingness to communicate effectively with your supervisors and have expressed the attitude that many assigned tasks are "not your job." For a period of several days leading up to your paid suspension, you were also not keeping up with your daily work in the Asset Forfeiture DDP database. Unfortunately, because of these issues, the decision has been made to terminate your employment.

You will be paid for any available unused vacation and compensatory time in accordance with the Harris County Personnel Policies & Procedures. In the weeks ahead, you will receive important information from Harris County Human Resources & Risk Management (HRRM) describing your right to purchase continuing health benefit coverage under the terms of COBRA. In the meantime, if you have any questions about your employee benefits, please contact HRRM, Benefits at (713) 274-5500. We wish you the best of luck in your future endeavors.

Sincerely,

Elizabeth Stevens
Human Resources Director