**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON** | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| Defendant. | § | |

**<u>PROPOSED ORDER ON DEFENDANT HARRIS COUNTY'S MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY</u>**

Before the Court is Defendant Harris County's Motion for Protective Order to Stay Discovery (Doc. 20), together with Plaintiff's response and reply. Having considered the parties' submissions, the record, and the applicable law, the Court **ORDERS** as follows:

Defendant Harris County's Motion for Protective Order to Stay Discovery (Doc. 20) is **DENIED**.

If the Court declines to adopt the dismissal recommendation contained in the September 29, 2026 Memorandum and Recommendation and Order (Doc. 21), the portion of Doc. 21 denying Plaintiff's Motion for Leave to Conduct Limited Expedited Discovery (Doc. 18) as moot is **SET ASIDE**, and Doc. 18 shall be considered on its merits.

SIGNED at Houston, Texas, on ____________________, 2026.

______________________________________
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE