**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON** | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| Defendant. | § | |

**LIST OF EXHIBITS**

| **Exhibit** | **Description** |
|---|---|
| **Exhibit A** | **Plaintiff's Supporting Evidence of Diligence** |
| A-1 | March 9, 2026 correspondence from Oberti Sullivan LLP |
| A-2 | April 30, 2026 correspondence from Rob Wiley, P.C. |
| A-3 | May 8, 2026 correspondence from HKM Employment Attorneys |
| A-4 | June 3, 2026 correspondence from Shellist Lazarz Slobin LLP |
| A-5 | June 3–4, 2026 AT&T Wireless Call Records |
| **Exhibit B** | **Plaintiff's Proposed First Amended Complaint** |
| **Exhibit C** | ***Alvarado v. Mine Service, Ltd.*, No. 14-50668 (5th Cir. July 30, 2015)** |
| **Exhibit D** | ***Thomas v. Dallas Independent School District*, No. 23-10882 (5th Cir. June 7, 2024)** |
| **Exhibit E** | ***Ogbebor v. Hardy*, No. 24-30403 (5th Cir. Feb. 24, 2025)** |