EXHIBIT
A-1

From: Angela Clark (aclark@osattorneys.com)

To: tdixon2313@yahoo.com

Date: Monday, March 9, 2026 at 10:40 AM CDT

Good morning Tiffany Dixon,

Thank you for reaching out to Oberti Sullivan. A lawyer has reviewed the information you have provided, which was helpful. Unfortunately, we are unable to represent you in this matter.

We typically refer cases of this nature to **Aaron D. Wersing**, https://fedemploymentattorneys.com/aaron-d-wersing/ ; he may be able to help.

Also, here are some other lawyers in town you may wish to contact (in alphabetical order). They do not pay us a referral fee. We give them to you to try and help you find someone who may be interested in your case matter:

Ronald Dupre, https://dupreelawfirm.com
**Dupre Law Firm, PLLC**

R. Scott Poerschke, Jr.
**The Poerschke Law Firm, PC**
713-974-1600

Ellen Sprovach | Founding Attorney
Board Certified in Employment and Labor Law
**The Federal Employee Rights Law Firm**
ellen@federalemployeerightslaw.com
Phone | 713.231.9668

There is a lawyer referral service named the Houston Lawyer Referral Service, https://hlrs.org They may be able to assist with your search.

Best of luck to you.

Angela S. Clark, Paralegal
OBERTI SULLIVAN LLP
712 Main Street, Suite 900
Houston, Texas 77002
(713) 401-3555
(713) 401-3554 (direct)
(713) 401-3547 (facsimile)
aclark@osattorneys.com

www.osattorneys.com



OBERTI SULLIVAN

---

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

EXHIBIT
A-2

From: Rob Wiley Intake (intake@robwiley.com)

To: tdixon2313@yahoo.com

Date: Thursday, April 30, 2026 at 12:25 PM CDT

## ROB WILEY, P.C.

## Referral List Included

Thank you for contacting our firm. At this time, we are unable to take your type of case. While we're unable to support you directly in this matter, we want to ensure you have access to helpful resources. Below is a list of potential attorneys who may be able to assist with your case.

We make no representations or warranties concerning these law firms or their attorneys.

**NON-PROFIT LAW FIRMS IN TEXAS:**
Equal Justice Center
Austin: (512) 474-0007
Houston: (832) 322-7889
San Antonio: (210) 308-6222
https://www.equaljusticecenter.org/

**DALLAS, TEXAS:**
Jackson Spencer Law PLLC
(972) 316-4951
https://jacksonspencerlaw.com/
Stacey Cole Law PC
(214) 800-5199
https://www.stacycolelaw.com/

**AUSTIN, TEXAS:**
Stacey Cole Law PC
(512) 593-5989
https://www.stacycolelaw.com/

**HOUSTON, TEXAS:**
HKM
(832) 365-3348
HKM.com

**OTHER:**
Spielberger Law Group*
(843) 654-0120
https://www.spielbergerlawgroup.com/
*Spielberger is a Florida Law Firm that takes cases nationally.

EXHIBIT
A-3

From: HKM Employment Attorneys - Updates (updates@hkm.com)

To: tdixon2313@yahoo.com

Date: Friday, May 8, 2026 at 10:31 AM CDT

Unfortunately, HKM is not going to represent you at this time. I wanted, however, to give you an explanation why my firm cannot assist you. When talking with potential clients about their employment issues, we carefully listen for a variety of aspects in determining those cases that we can move forward with. This includes the seriousness of the case, the overall legal viability (i.e., given the specifics of the law, do we think together we can prevail?), the potential for the outcome to make a meaningful difference for our clients, the overall capacity of the firm, and whether we consider ourselves qualified in each specific case. At this point, enough of those thresholds were not met in order for us to move forward. It doesn't mean you haven't been treated poorly, nor that you don't have legal standing - just that we aren't in a perfect position to represent you at this time.

I understand that you've spent a significant amount of time talking with us and sharing some difficult and personal issues. I'd encourage you to continue to advocate for yourself and consider talking with some additional employment attorneys who may be more well suited for your specific issue.

Here are some law firms in Houston that we would encourage you to contact:
Oberti Sullivan -https://osattorneys.com/
Wiley Wheeler -https://www.wiley-wheeler.com/

We wish you the best of luck in the future. If you have any comments about your experience with HKM, feel free to click here and leave us some feedback.
hkm.com/feedback/

Very Truly Yours, HKM Employment Attorneys LLP

HKM EMPLOYMENT ATTORNEYS LLP

HKM Updates

206-452-4496
updates@hkm.com
www.hkm.com

,

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boise | Boston | Boulder | Bozeman | Charlotte | Chicago | Cincinnati | Denver | DC
Fort Collins | Houston | Huntsville | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Milwaukee | Minneapolis | New Paltz | New York
Oakland | Philadelphia | Phoenix | Pittsburgh | Portland | Riverside | Sacramento | San Diego | San Francisco | San Jose | Seattle | Spokane | St. Louis

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

EXHIBIT
A-4

From: Shellist Lazarz Slobin, LLP (sls@eeoc.net)

To: tdixon2313@yahoo.com

Date: Wednesday, June 3, 2026 at 08:42 AM CDT

Good morning, Tiffany,

I hope this message finds you well. After careful consideration, we regret to inform you that the law firm of Shellist Lazarz Slobin LLP will be unable to take on your case at this time. Please understand that this decision does not reflect the merits of your potential case, and we fully encourage you to continue exploring legal options with another firm that may be a better fit for your needs.

Should you wish to move forward, I strongly encourage you to contact another attorney promptly. You may use resources such as the National Employment Lawyers Association or the Texas Bar Association, or I highly recommend contacting the following attorney, who may be able to assist you further:

**Jeremy Wright**

KATOR, PARKS, WEISER & WRIGHT, P.L.L.C.

**1609 Shoal Creek Blvd., Suite 201**

**Austin, TX 78701**

**(512) 322-0600**

**jwright@katorparks.com**

Be sure to confirm their rates and ask questions, especially about their experience with cases like yours. This will help you make the most informed decision possible. While we cannot guarantee the work of any other lawyer, I recommend that you feel comfortable with whomever you choose.

Please also keep in mind that time is of the essence. There may be statutes of limitations and important deadlines that apply to your case. We have not assessed the timeline for your specific situation, so it is important that you take action as soon as possible. I encourage you to contact the Equal Employment Opportunity Commission (E.E.O.C.) at (713) 651-4900 and speak with other attorneys to ensure your rights are protected.

We wish you the best in finding the right representation and pursuing your case, and we are genuinely sorry that we cannot assist you further at this time.

**Shellist | Lazarz | Slobin LLP**
5373 W. Alabama, Suite 600 | Houston, TX 77056
Tel: 713.621.2277 | Fax: 713.621.0993
sls@eeoc.net | www.eeoc.net

SLS SHELLIST | LAZARZ | SLOBIN
EMPLOYMENT LAW TRIAL LAWYERS

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

EXHIBIT A-5

att.com/acctmgmt/usage/mydetails?filter=talk

Shop | Deals | AT&T Difference | Support | Search or chat

pm)

Night (5 pm - 11:59 pm)

**Call duration (mins)**

0 15 30 45 60 60+

| | | | | | | |
|---|---|---|---|---|---|---|
| [redacted] | Jun 04, 2026 | 5:50 pm | 1 mins | Houston, TX | Network | **$0.00** |
| [redacted] | Jun 04, 2026 | 12:10 pm | 1 mins | Incoming | Network | **$0.00** |
| 713.250.5500 | Jun 04, 2026 | 9:29 am | 7 mins | Houston, TX | Network | **$0.00** |
| [redacted] | Jun 03, 2026 | 5:23 pm | 1 mins | Incoming | Network | **$0.00** |
| 512.322.0600 | Jun 03, 2026 | 12:52 pm | 3 mins | Austin, TX | Network | **$0.00** |
| [redacted] | Jun 03, 2026 | 10:25 am | 1 mins | Incoming | Network | **$0.0** |
| [redacted] | Jun 03, 2026 | 10:10 am | 4 mins | Incoming | Network | **$0.00** |

Feedback

CHAT