United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Tiffany Nicole Dixon, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-4418 |
| | § | |
| Harris County, Texas, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

In accordance with this Court's Order of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED and ADJUDGED** that Plaintiff's claims in this case are dismissed in their entirety with prejudice.

Costs shall be taxed against the Plaintiff.

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 27th day of October, 2026.

Sim Lake
Senior United States District Judge