**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON** | § | |
| Plaintiff, | § | |
| | § | |
| **V.** | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, TIFFANY NICOLE DIXON, proceeding *pro se*, appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (Doc. 27), entered on October 27, 2026, and the accompanying Order Adopting the Memorandum and Recommendation (Doc. 26), entered on October 27, 2026, dismissing this action with prejudice.

This appeal also encompasses all prior orders and rulings that merge into the Final Judgment for purposes of appellate review.

Respectfully submitted,

Tiffany Nicole Dixon
Plaintiff Pro Se
12313 Winebrook Drive
Pearland, Texas 77584
Telephone: (281) 450-4674
Telephone: (737) 382-0187
Tdixon2313@yahoo.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY NICOLE DIXON** | § | |
| Plaintiff, | § | |
| | § | |
| **V.** | § | **Civil Action No. 4:26-cv-04418** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| Defendant. | § | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 31, 2026**, a true and correct copy of the foregoing Plaintiff's Notice of Appeal was served on counsel of record for Defendant, Harris County, Texas, through the Court's CM/ECF system, which will send notification to:

**Amber Morrison**
Amber.Morrison@harriscountytx.gov

**Radha Thiagarajan**
Radha.Thiagarajan@harriscountytx.gov

Tiffany Nicole Dixon
Plaintiff Pro Se
12313 Winebrook Drive
Pearland, Texas 77584
Telephone: (281) 450-4674
Telephone: (737) 382-0187
Tdixon2313@yahoo.com